Joseph M. L. Striker, an Infant, etc., v. Marie Farrington and Others,

Impleaded, etc.— Motion denied on conditions stated in memorandum per curiam. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.